**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 64 MAL 2019

                 Respondent   :

                                   :   Petition for Allowance of Appeal from
                                   :   the Order of the Superior Court

          v.                      :

                                   :

JASON C. SHAUF,   :

                 Petitioner   :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 10th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.